IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARKETWISE, LLC, COMMON SENSE PUBLISHING, LLC, and LEGACY RESEARCH GROUP, LLC, <br><br>      Plaintiffs, <br>v. <br><br>TEEKACHAND TIWARI and PADDINGTON SQUARE, LLC, <br><br>      Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:24-cv-02354-MJM <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' CONSENT MOTION FOR SCHEDULING ORDER
AND/OR FOR THE COURT'S PERMISSION TO BEGIN DISCOVERY**

---

Defendants, TEEKACHAND TIWARI ("Mr. Tiwari") and PADDINGTON SQUARE, LLC ("Paddington") (collectively "Defendants"), **with the consent of the Plaintiffs,** by and through the undersigned counsel, wish to begin discovery in this matter and, therefore, prays this Court to issue a Scheduling Order and/or to execute the proposed Order allowing discovery on advance of the Scheduling Order.

                                                                           Respectfully submitted,

                                                                           O'Hagan Meyer PLLC

                                                                             /s/ Kenneth D. Smith
                                                        Kenneth D. Smith, Esq.  Bar No. 07093
                                                        Ronan A. Geronimo, Esq. Bar No. 19078
                                                        8115 Maple Lawn Blvd.
                                                        Suite 350
                                                        Fulton, Maryland 20759
                                                        ksmith@ohaganmeyer.com
                                                        rgeronimo@ohaganmeyer.com
                                                        (301) 279-0780
                                                        *Counsel for Defendants, Teekachand Tiwari and Paddington Square, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January, 2025, a copy of the foregoing was served on all counsel of record via CM/ECF system.

/s/ Kenneth D. Smith
Kenneth D. Smith